UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SHAMONT L. SAPP,

                Plaintiff,

v.

AMAZON, BARNES & NOBLE INC,

                Defendants.

CASE NO. **2:25-cv-01321-KKE**

**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS, DKT. 7**

    The Court **GRANTS** the application to proceed in forma pauperis (Dkt. 7) under 28 U.S.C § 1915(a)(1). The Clerk shall provide a copy of this Order to Plaintiff and to the assigned District Court Judge.

    DATED this 21st day of August, 2025.

                                          _____
                                          BRIAN A. TSUCHIDA
                                          United States Magistrate Judge