UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHAMONT L. SAPP,<br><br>                Plaintiff(s),<br><br>   v.<br><br>AMAZON.COM, et al.,<br><br>                Defendant(s). | CASE NO. C25-1321-KKE<br><br>ORDER TO SHOW CAUSE |

       This matter comes before the Court on Plaintiff's Notice of Entry of Default. Dkt. No. 16. On July 14, 2025, Plaintiff Shamont L. Sapp, representing himself, filed an application to proceed in forma pauperis ("IFP"), which was granted. *See* Dkt. Nos. 1, 9. Sapp filed his complaint on August 21, 2025. Dkt. No. 1. On October 6, 2025, the Clerk of Court issued summonses as to Defendants Amazon.com and Barnes & Noble, Inc. Dkt. No. 14. On December 1, 2025, Sapp filed a Notice of Entry of Default. Dkt. No. 16. However, default was not entered because Defendants have not been served.

       Under Federal Rule of Civil Procedure 4(m), the Court may dismiss an action without prejudice where the defendant is not served within 90 days of the complaint being filed. Fed. R. Civ. P. 4(m). Sapp failed to serve the summons and complaint on Defendants within 90 days of filing his complaint. *See id.* However, "if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period." *Id.*

ORDER TO SHOW CAUSE - 1

Accordingly, Sapp is ORDERED to show cause no later than January 6, 2026, why this case should not be dismissed for failure to prosecute and for failure to serve his complaint on Defendants. If Plaintiff does not respond to this order, the Court will dismiss the case without prejudice.

The Clerk is directed to mail Sapp (1) a copy of this order and (2) the Pro Se Guide to Filing Your Lawsuit in Federal Court.

Dated this 9th day of December, 2025.

Kymberly K. Evanson
United States District Judge

ORDER TO SHOW CAUSE - 2