UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SHAMONT L. SAPP,

                         Plaintiff(s),

        v.

AMAZON.COM, et al.,

                         Defendant(s).

CASE NO. C25-1321-KKE

ORDER GRANTING MOTION FOR
SERVICE BY U.S. MARSHAL

Plaintiff Shamont Sapp proceeds pro se and in forma pauperis, and is currently incarcerated at the Federal Correctional Institution in Jesup, Georgia.  *See* Dkt No. 9, Dkt. No. 18 at 3.  This matter comes before the Court on Sapp's motion for an order directing service by the United States Marshals Service.  Dkt. No. 18.  On October 6, 2025, summonses were issued as to Defendants Amazon.com and Barnes & Noble, Inc.  Dkt. No. 14.  On December 1, 2025, Sapp filed a notice of entry of default.  Dkt. No. 16.  The Court subsequently explained that default would not be entered because Sapp had not yet served Defendants, and ordered Sapp to show cause as to why the case should not be dismissed for his failure to effect service.  Dkt. No. 17.  Sapp responded to the Court's order to show cause, explaining that he "was under the impression that the summons he received was his copy <u>and</u> the Clerk gave copies of the summons and complaint to the U.S. Marshal (sic) Service to make service on both Defendants."  Dkt. No. 18 at 1.  Sapp then requested

ORDER GRANTING MOTION FOR SERVICE BY U.S. MARSHAL - 1

the Court direct service by the United States Marshal Service under Federal Rule of Civil Procedure 4(c)(3). *Id.* at 2.

Upon an IFP plaintiff's request, Federal Rule of Civil Procedure 4(c)(3) requires the Court to "order that service [of summons and the complaint] be made by a United States marshal or deputy marshal or by a person specially appointed by the court." Fed. R. Civ. P. 4(c)(3); *see also* 28 U.S.C. § 1915(d) (when an IFP plaintiff so requests, "the officers of the court shall issue and serve all process").

As such, the Court GRANTS Plaintiff's motion (Dkt. No. 18) and ORDERS as follows:

(1) The Clerk shall provide a copy of this order, the complaint (Dkt. No. 10), Plaintiff's motion (Dkt. No. 18), and the summonses for each Defendant (Dkt. No. 14) to the United States Marshal or Deputy Marshal by January 30, 2026.

(2) The United States Marshal or Deputy Marshal shall serve Defendants with the summons and complaint by February 27, 2026 and shall file proof of service once completed.

Dated this 28th day of January, 2026.

Kymberly K. Evanson
United States District Judge

ORDER GRANTING MOTION FOR SERVICE BY U.S. MARSHAL - 2