UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHAMONT L. SAPP, | CASE NO. C25-1321-KKE |
| Plaintiff(s), | ORDER ON U.S. MARSHALS SERVICE PROCESS RECEIPT AND RETURN |
| v. | |
| AMAZON.COM, et al., | |
| Defendant(s). | |

The Court previously granted Plaintiff Shamont Sapp's request for service by the U.S. Marshals Service. Dkt. No. 19. This matter is now before the Court on the U.S. Marshals Service's Process Receipt and Return, which indicates that the U.S. Marshals Service deputies were "not available to serve process on 2/27/2026," and requests an additional order from the Court extending the time to serve Defendant Barnes & Noble Inc. Dkt. No. 24. The Court GRANTS this request and ORDERS the U.S. Marshals Service to serve Sapp's summons and complaint on Defendant Barnes & Noble Inc. by April 6, 2026. The U.S. Marshals Service shall file proof of service once completed.

Dated this 23rd day of March, 2026.

Kymberly K. Evanson
United States District Judge

ORDER ON U.S. MARSHALS SERVICE PROCESS RECEIPT AND RETURN - 1