UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHAMONT L. SAPP, | CASE NO. C25-1321-KKE |
| Plaintiff(s), | ORDER ON U.S. MARSHALS SERVICE PROCESS RECEIPT AND RETURN |
| v. | |
| AMAZON.COM, et al., | |
| Defendant(s). | |

The Court previously granted Plaintiff Shamont Sapp's request for service by the U.S. Marshals Service. Dkt. No. 19. This matter is now before the Court on the U.S. Marshals Service's Process Receipt and Return, which indicates that the U.S. Marshals Service deputies were "unable to serve by deadline," and requests an additional order from the Court extending the time to serve Defendant Barnes & Noble Inc. Dkt. No. 30. The Court GRANTS this request and ORDERS the U.S. Marshals Service to serve Sapp's summons and complaint on Defendant Barnes & Noble Inc. by June 26, 2026.

The U.S. Marshals Service shall file proof of service once completed. If service is unable to be completed, the U.S. Marshals Service shall file to the docket a declaration that briefly explains the attempt(s) made to effect service, and reason(s) why service was unable to be completed.

//

ORDER ON U.S. MARSHALS SERVICE PROCESS RECEIPT AND RETURN - 1

Dated this 24th day of April, 2026.

Kymberly K. Evanson
United States District Judge