UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHAMONT L. SAPP, | CASE NO. C25-1321-KKE |
| Plaintiff(s), | ORDER |
| v. | |
| AMAZON.COM, et al., | |
| Defendant(s). | |

This matter is before the Court on a notice filed by Plaintiff Shamont Sapp. Dkt. No. 37. In that notice, Sapp provided the Court with "an alternative address" for Defendant Barnes & Noble Inc., which has not yet been served in this matter. *See* Dkt. Nos. 19, 25, 32 (ordering U.S. Marshals Service to serve Barnes & Noble and granting extensions of time to effectuate service).

Because Federal Rule of Civil Procedure 4 requires service of summons and the complaint, Sapp is ORDERED to complete a new blank summons form that reflects the "alternative" address for Barnes & Noble no later than July 10, 2026. The Clerk is directed to mail a copy of this Order along with a blank summons form to Sapp.

Dated this 29th day of May, 2026.

Kymberly K. Evanson
United States District Judge

ORDER - 1