UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SHAMONT L. SAPP,

               Plaintiff(s),

   v.

AMAZON.COM, et al.,

               Defendant(s).

CASE NO. C25-1321-KKE

ORDER GRANTING MOTION FOR
SERVICE BY U.S. MARSHALS SERVICE

This matter is before the Court on Plaintiff Shamont Sapp's request for service by the U.S. Marshals Service to an "alternative address" for Defendant Barnes & Noble, Inc ("Barnes & Noble"). Dkt. No. 40. Sapp, who proceeds *pro se* and *in forma pauperis* ("IFP") and is currently incarcerated, initially requested service upon both Defendants Amazon.com and Barnes & Noble in December 2025. Dkt. No. 18. While the U.S. Marshals Service served Amazon.com, which has appeared to defend itself in this action, to date, Barnes & Noble has not been served. *See* Dkt. Nos. 24, 30, 39 (Returns of service filed by U.S. Marshals Service indicating they could not timely serve Barnes & Noble at the address Sapp provided on the original summons form).

On May 26, 2026, Sapp filed a notice with the Court, indicating he had identified an "alternative address" for Barnes & Noble, and the Court directed him to complete an updated summons form listing the new address. *See* Dkt. Nos. 37, 38. Sapp complied with the Court's order, submitted a summons form, and filed a renewed motion for service by the U.S. Marshal's

Service.  Dkt. No. 40.  The Clerk's office has now issued a summons as to Barnes & Noble, which lists the alternative address for service.  Dkt. No. 41.

Upon an IFP plaintiff's request, Federal Rule of Civil Procedure 4(c)(3) requires the Court to "order that service [of summons and the complaint] be made by a United States marshal or deputy marshal or by a person specially appointed by the court."  Fed. R. Civ. P. 4(c)(3); *see also* 28 U.S.C. § 1915(d) (when an IFP plaintiff so requests, "the officers of the court shall issue and serve all process").

As such, the Court GRANTS Plaintiff's motion (Dkt. No. 40) and ORDERS as follows:

(1) The Clerk shall provide a copy of this order, the complaint (Dkt. No. 10), Plaintiff's motion (Dkt. No. 40), and the summons for Barnes & Noble (Dkt. No. 41) to the United States Marshal or Deputy Marshal by July 2, 2026.

(2) The United States Marshal or Deputy Marshal shall serve Defendants with the summons and complaint by September 3, 2026 and shall file proof of service once completed.

Dated this 24th day of June, 2026.

Kymberly K. Evanson
United States District Judge