UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHAMONT L. SAPP,<br><br>Plaintiff(s),<br>v.<br><br>AMAZON.COM, et al.,<br><br>Defendant(s). | CASE NO. C25-1321-KKE<br><br>ORDER DIRECTING DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION |

This matter comes before the Court on Plaintiff's motion to vacate the Court's order granting the motion to compel. Dkt. No. 44. The Court construes this filing as a motion for reconsideration of the Court's order granting the motion to compel, which it issued on April 9, 2026. Dkt. No. 29. Defendant filed a notice addressing the motion on August 13, 2026, stating that it construed Plaintiff's motion as a motion for reconsideration and would not file a response absent a request from the Court. Dkt. No. 45 (citing Local Rules W.D. Wash. LCR 7(h)(3)).

In his motion, Plaintiff claims that his arbitration demand to Defendant was returned as undeliverable and that he has otherwise not received any response from Defendant regarding the initiation of arbitration proceedings. Dkt. No. 44 at 2–6. Accordingly, the Court ORDERS Defendant to file a response addressing only Plaintiff's claimed difficulties in initiating arbitration. Defendant's response shall be filed no later than October 5, 2026. The Clerk is directed to renote Dkt. No. 44 to October 5, 2026.

Dated this 22nd day of September, 2026.

Kymberly K. Evanson
United States District Judge